FILED

06/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0596

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0596

JEFF GOTTLOB, ELAINE MITCHELL, JAMES
CHILDRESS, and all others similarly situated,

      Plaintiffs and Appellees,

    v.

MICHAEL DesROSIER, RON RIDES AT THE
DOOR, TOM McKAY, GALEN GALBREATH,
and GLACIER COUNTY,                       O R D E R

      Defendants and Appellants,

   and

STATE OF MONTANA,

      Defendant.

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Gregory G. Pinski, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 24 2020